Case: 4:19-cv-01561-HEA   Doc. #: 1-1   Filed: 05/31/19   Page: 1 of 1 PageID #: 15

RECEIVED
MAY 31 2019
BY MAIL

FILED
MAY 31 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

LAMONT WILLIAMSON, )
)
Plaintiff, )
)
v. )   **4:19CV1561 HEA**
)
MO. DEPT. OF CORR. et al., )
)
Defendant, )
)

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

[x] THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER **4:12-cv-1548-CAS** AND ASSIGNED TO THE HONORABLE JUDGE: **Charles A. Shaw**.

[ ] THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

[ ] NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: _____

*Lamont Williamson*
Signature of Filing Party