# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAMONT WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19-CV-1561 HEA |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Plaintiff has submitted an unsigned motion to proceed *in forma pauperis*. *See* ECF No. 2. Under Federal Rule of Civil Procedure 11, every written motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." As a result, the Court will order the Clerk to return the motion to plaintiff so that plaintiff may sign it and return it to the Court for filing. If plaintiff fails to comply with this Order, plaintiff will be required to pay the full filing fee in this action. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return plaintiff's motion to proceed *in forma pauperis* to plaintiff.

**IT IS FURTHER ORDERED** that plaintiff shall sign the motion to proceed *in forma pauperis* and return it to the Court within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, plaintiff shall be required to pay the full $400 filing fee.

Dated this 3rd day of September, 2019.

                                                HENRY EDWARD AUTREY
                                                UNITED STATES DISTRICT JUDGE